UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIMMY DERRICK BIZZELL,<br><br>Plaintiff,<br><br>v.<br><br>SARAH JANE TOFFLEMIRE, et al.,<br><br>Defendants. | CASE NO. 3:20-CV-5679-RSM-DWC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: OCTOBER 16, 2020 |

The District Court has referred this action filed under 42 U.S.C. § 1983 to United States Magistrate Judge David W. Christel. Plaintiff Jimmy Derrick Bizzell, proceeding *pro se,* filed a Declaration and Application to Procced In Forma Pauperis and a Proposed Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. Dkt. 1, 1-1.

On July 29, 2020, the Court screened Plaintiff's Complaint and found it was deficient. Dkt. 4. As Plaintiff failed to name a proper defendant, the Court declined to order service of the Complaint and directed Plaintiff to show cause why this case should not be dismissed. *Id.* The Court declined to rule on the Application to Proceed *In Forma Pauperis* (Dkt. 1) until Plaintiff responded to the Court's July 29, 2020 Order. Dkt. 4. The Court warned that failure to

1  adequately address the issues identified in the Order would result in the Court recommending
2  dismissal of this action. *Id*.

3  Plaintiff has failed to comply with the Court's Order. He has not filed a response to the
4  Order or filed an amended complaint. Further, as discussed in the Order, Plaintiff has failed to
5  state a claim upon which relief can be granted in the Complaint. *See* Dkt. 4. Therefore, the Court
6  recommends this case be dismissed without prejudice pursuant to 28 U.S.C. §1915. Plaintiff's
7  Application to Proceed *In Forma Pauperis* (Dkt. 1) should be denied as moot.

8  Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
9  Procedure, the parties shall have fourteen (14) days from service of this Report to file written
10 objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
11 objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
12 limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on October
13 18, 2020, as noted in the caption.

14 Dated this 16th day of September, 2020.

David W. Christel
United States Magistrate Judge